ORDERED UNSEALED on 05/01/2025 s/ judepeters
SEALED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MOISES FAUSTO SAUCEDO and RAMON ZABALA JR<br><br>Defendants. | Case No.: 25mj1985-MMP<br><br>Title 21 U.S.C. § 841(a)(1) – Possession of Methamphetamine with Intent to Distribute (Felony); Title 18, U.S.C. § 922(g)(1) – Felon in Possession of a Firearm (Felony); Title 18 U.S.C. § 2 – Aiding and Abetting (Felony) |

The undersigned complainant being duly sworn states:

COUNT ONE

On November 22, 2022, within the Southern District of California, defendant MOISES FAUSTO SAUCEDO did knowingly and intentionally possess, with intent to distribute, 50 grams and more, to wit: 440.6 grams pure of Methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

COUNT TWO

On February 3, 2023, within the Southern District of California, defendants MOISES FAUSTO SAUCEDO and RAMON ZABALA JR knowing they had each previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that traveled in and affected interstate commerce, to wit: a Polymer 80 9mm "Ghost Gun"; in violation of Title 18 United States Code, Section 922(g)(1); and Title 18 United States Code, Section 2.

The complainant states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

Sean Bradley
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 18th day of April 2025.

HON. MICHELLE M. PETTIT
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I am a Special Agent with the Federal Bureau of Investigation (FBI), United States Department of Justice. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

This affidavit is made in support of the criminal complaint charging MOISES FAUSTO SAUCEDO and RAMON ZABALA JR. During my duties, I have learned the following information from reports prepared by other law enforcement officers. The following does not contain all the information known to me or other law enforcement officers regarding this investigation but does contain at least those facts believed to be necessary to establish the requisite probable cause. All times are approximate.

### November 22, 2022 – Controlled Purchase of Firearm and Methamphetamine

On November 18 and 21, 2022, a Confidential Source (CS[1]) for the East County Regional Gang Task Force (ECRGTF), at the direction of officers and agents, telephonically contacted MOISES FAUSTO SAUCEDO. The CS had previously spoken to FAUSTO SAUCEDO who stated that he would sell CS one pound of Methamphetamine for $1,100 and a 9mm semiautomatic firearm for $800.

On November 22, 2022, the CS drove to the meet location at the parking lot of 301 Athey Avenue in San Diego, which is within the Southern District of California. FAUSTO

---

[1] The CS has been working with the FBI since approximately 2022 and has prior experience working with law enforcement in a similar capacity for over 10 years. The CS is working with law enforcement in exchange for immigration benefits. The CS has not been promised that his/her cooperation will result in the desired immigration benefits. During his/her time working with law enforcement, the CS has provided investigators with intelligence, conducted controlled purchases, and communicated with potential subjects of investigation. Investigators believe the CS has been truthful and reliable while working with law enforcement. The CS's criminal history includes a 1999 conviction for possession of marijuana for sale for which the CS was sentenced to 120 days jail and three years of probation.

SAUCEDO arrived in a vehicle at the meet location and told the CS that he did not have the firearm with him, but that he had talked to the owner of the firearm and that the firearm was a few blocks away. FAUSTO SAUCEDO then left the parking lot to go pick up the firearm. Approximately 14 minutes later, FAUSTO SAUCEDO returned to the parking lot followed separately by a Ford F-150 and driven by a female later identified as Ingrid Rene Shoaf.[2] After a brief interaction between the CS, FAUSTO SAUCEDO, and Shoaf, the CS entered Shoaf's vehicle. The CS and Shoaf conducted a video recorded transaction for a firearm.

Following firearm interaction, FAUSTO SAUCEDO informed the CS that the Methamphetamine had as yet not arrived. At 7:09 p.m., the CS departed the parking lot. At 7:10 p.m., a GMC pick-up truck, bearing California license plate 16974S2, arrived occupied by an unknown female and an unknown male. The unknown male exited the truck and contacted FAUSTO SAUCEDO. While FAUSTO SAUCEDO and the male were interacting, FAUSTO SAUCEDO contacted CS-1 and informed him/her that the Methamphetamine arrived. The CS informed FAUSTO SAUCEDO that he/she would return. At 7:15 p.m., the truck departed the parking lot. At 7:23 p.m., FAUSTO SAUCEDO delivered the Methamphetamine to the CS. Audio recording captured FAUSTO SAUCEDO charging the CS $1200 as he said there was a little over a pound in the package. Lab analysis later confirmed the substance as 440.6 grams of Methamphetamine at 100% purity.

**February 1, 2023 – Controlled Purchase of Firearm**

On January 24 and 31, 2023, the CS, at the direction of officers and agents, telephonically contacted MOISES FAUSTO SAUCEDO. The CS informed handling

---

[2] On January 24, 2025, the Honorable Barbara Majors, United States Magistrate Judge for the Southern District of California, issued an arrest warrant for Ingrid Rene Shoaf pursuant to complaint [25-mj-379-BLM] charging her with a violation of Title 18 United States Code 922(g)(1) [Count 1] and violations of Title 21 United States Code 841(a)(1) [Count 2 and Count 3]. On January 28, 2025, Ingrid Shoaf was arrested and remains in federal custody. 25cr0519-LL.

officers that FAUSTO SAUCEDO was willing to sell the CS a .38 magnum pistol for $1100, a .45 caliber revolver for $1200, or a 9mm suppressor for $1100.

On February 1, 2025, at 12:56 p.m., FAUSTO SAUCEDO met with the CS in the CS's vehicle. FAUSTO SAUCEDO informed the CS that he could not get the firearms they discussed earlier, but he could get him a 9mm pistol. FAUSTO SAUCEDO added that he had to meet with the individual that was bringing the firearm. FAUSTO SAUCEDO, in his own vehicle departed the parking lot and, at 1:31 p.m., returned to the parking lot and parked next to a blue Toyota Camry bearing California license plate 5LFE054. FAUSTO SAUCEDO was observed interacting with the driver of the Camry, later identified as RAMON ZABALA JR. During FAUSTO SAUCEDO's and ZABALA's meeting, ZABALA was observed handing FAUSTO SAUCEDO an object which FAUSTO SAUCEDO placed in his waist band. FAUSTO SAUCEDO walked directly to the CS's vehicle and opened up the rear compartment prior to entering the vehicle. On recording/transmitting devices, FAUSTO SAUCEDO and the CS can be heard negotiating the price of the firearm. Following the sale, FAUSTO SAUCEDO re-entered his vehicle and departed.

The firearm was subsequently seized and inspected. The firearm was identified as a Polymer 80 "Ghost Gun" lacking any serialization and a 9 mm Glock brand magazine. A flash suppressor for the pistol was also included in the sale.

*Polymer 80 9mm "Ghost Gun" and Glock magazine*



On April 25, 2023, the FBI Latent Print Operations Unit of the FBI Laboratory concluded that a fingerprint discovered on the Glock magazine purchased by the CS as described above matched a fingerprint for RAMON ZABALA Jr in a record stored in the Next Generation Identification system, the FBI's national friction ridge print database.

Records checks on FAUSTO SAUCEDO revealed the following relevant criminal history:

| DATE OF CONVICTION | COURT OF CONVICTION | CHARGE | SENTENCE |
|---|---|---|---|
| 11/15/2021 | CASC – San Diego | Cal. P.C. §22210 – Manufacture, import, sell, give, or possess leaded canes (Felony) | 44 days jail |

Records checks on ZABALA revealed the following relevant criminal history:

| DATE OF CONVICTION | COURT OF CONVICTION | CHARGE | SENTENCE |
|---|---|---|---|
| 08/01/2013 | CASC – San Diego | Cal. P.C. §22210 – Inflict Corporal Injury Spouse/Cohabitant (Felony) | 3 years prison |
| 07/28/2016 | CASC – San Diego | Cal. H&S §11379(A) – Inflict Corporal Injury Spouse/Cohabitant w/Prior Assault (Felony) | 4 years prison |

**REQUEST FOR SEALING**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.